UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST COAST ADVANCED PLASTIC SURGERY, LLC *et al.*,

                                    Plaintiffs,

-v-

CIGNA HEALTH AND LIFE INSURANCE COMPANY *et al.*,

                                    Defendants.

25 Civ. 255
25 Civ. 1686

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court hereby reschedules the initial pretrial conference from Thursday, May 8, 2025 at 2 p.m. to **Wednesday, May 14, 2025 at 2 p.m**. The dial-in information remains the same. *See* Dkt. 8.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2025
       New York, New York