UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST COAST ADVANCED PLASTIC SURGERY,
LLC *et al.*,

                                        Plaintiffs,

                    -v-

CIGNA HEALTH AND LIFE INSURANCE COMPANY
*et al.*,

                                        Defendants.

---

25 Civ. 255
25 Civ. 1686

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On April 25, 2025, defendants Cigna Health and Life Insurance Company and

Connecticut General Life Insurance Company filed a motion to dismiss.  Dkts. 26–27.  In light of

the pending motion, the initial conference scheduled for May 14, 2025 is hereby adjourned.

Plaintiffs' opposition is to be filed by May 16, 2025.  Any reply is due by May 30, 2025.


        SO ORDERED.

                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: April 28, 2025
        New York, New York