## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

EAST COAST ADVANCED PLASTIC SURGERY, LLC
and MARCELLA LIVOLSI,

                      Plaintiffs,                              25 **CIVIL** 255 (PAE)

      -v-

CIGNA HEALTH AND LIFE INSURANCE COMPANY,
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, and MULTIPLAN, INC.,

                      Defendants.

-------------------------------------------------------------------X

CIGNA HEALTH AND LIFE INSURANCE COMPANY
and CONNECTICUT GENERAL LIFE INSURANCE
COMPANY,

                      Counter-Plaintiffs,                25 **CIVIL** 1686 (PAE)

      -v-                                                                 **JUDGMENT**

EAST COAST ADVANCED PLASTIC SURGERY, LLC,

                      Counter-Defendants.

-------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 14, 2025, ECAPS's motion to dismiss Cigna's Complaint is granted in part and denied in part; Cigna's and Multiplan's motions to dismiss ECAPS's Complaint are granted in full. Each dismissal is without prejudice.

**Dated:**  New York, New York
            August 15, 2025

                                                                         **TAMMI M. HELLWIG**

                                                                             **Clerk of Court**

                                            **BY:**      K. Mango

                                                                             **Deputy Clerk**